# MEMORANDUM DECISIONS

Charles Pope CALDWELL and George E. POLHEMUS, Copartners, Doing Business under the Firm Name and Style of Caldwell & Polhemus, Plaintiffs in Error (Plaintiffs Below), v. George A. CARDEN, Defendant in Error (Defendant Below). (Circuit Court of Appeals, Second Circuit. April 7, 1924.) No. 313. In Error to the District Court of the United States for the Eastern District of New York. Ralph E. Slayton, of New York City (Gordon S. P. Kleeberg and Jacob M. Rosenfeld, both of New York City, of counsel), for plaintiffs in error. Battle, Vandiver, Levy & Van Tine, of New York City (George Gordon Battle, Almuth C. Vandiver, and Ludlow S. Fowler, all of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

L. M. CHARLES, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. November 13, 1923.) No. 2147. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Cole L. Blease and C. T. Graydon, both of Columbia, S. C., and John I. Cosgrove, of Charleston, S. C., for plaintiff in error. J. D. E. Meyer, U. S. Atty., and Louis M. Shimel, Asst. U. S. Atty., both of Charleston, S. C.

PER CURIAM. Suggestion of the death of the plaintiff in error filed. November 13, 1923, writ of error abated and case stricken from the docket.

---

The CITY OF PARKERSBURG, a Municipal Corporation, Appellant, v. The BALTIMORE & OHIO RAILROAD COMPANY, a Corporation, Appellee. (Circuit Court of Appeals, Fourth Circuit. December 17, 1923.) No. 2101. Appeal from the District Court of the United States for the Northern District of West Virginia, at Parkersburg. Francis P. Moats and Robert B. McDougle, both of Parkersburg, W. Va., for appellant. J. W. Vandervort and Mason G. Ambler, both of Parkersburg, W. Va., and Frank W. Nesbitt, of Wheeling, W. Va., for appellee.

PER CURIAM. Decree of District Court reversed. February 13, 1924, order allowing appeal from 296 Fed. 74 to Supreme Court filed.

---

Harry T. CLOUSE, Plaintiff in Error, v. The UNITED STATES of America, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. February 5, 1924.) No. 2181. In Error to the District Court of the United States for the Northern District of West Virginia, at Wheeling. J. Bernard Handlan and G. Alan Garden, both of Wheeling, W. Va., for plaintiff in error. T. A. Brown, U. S. Atty., of Parkersburg, W. Va.

PER CURIAM. Case dismissed on motion of plaintiff in error.